FITZGERALD, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March, 1899.) Action by John Fitzgerald, as. administrator, etc., against the New York Central & Hudson River Railroad Company. No opinion. Motion denied, with $10 costs. All concur, except FOLLETT, J., not voting. See 55 N. Y. Supp. 1124.

FLACK, Respondent, v. NASSAU ELECTRIC R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 27, 1899.) Action by Sarah A. Flack against the Nassau Electric Railroad Company. No opinion. Motion for leave to appeal to the court of appeals denied, and respondent's proceedings stayed for 20 days from the date of this decision. See 58 N. Y. Supp. 839.

FLYNN, Appellant, v. YORK et al., Respondents. (Supreme Court, Appellate Division, First Department. June 30, 1899.) Action by Patrick J. Flynn against Bernard J. York and others. L. J. Grant, for appellant. T. Connoly, for respondents. No opinion. Order affirmed, with costs, on the authority of People v. Roosevelt, 24 App. Div. 17, 48 N. Y. Supp. 1043.

FRIENDLY, Respondent, v. PIERCE et al., Appellants. (Supreme Court, Appellate Division, Third Department. July 6, 1899.) Action by Myer Friendly, Jr., against Sarah Pierce and others. No opinion. Judgment affirmed, with costs.

GARBY, Respondent, v. BENNETT, Appellant. (Supreme Court, Appellate Division, Second Department. June 13, 1899.) Action by George Garby against James Gordon Bennett. No opinion. Application to resettle granted. See 57 N. Y. Supp. 853.

GARDNER, Respondent, v. DUTCHER et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 20, 1899.) Action by Charles C. Gardner against Charles Dutcher and Mortimer Dutcher. No opinion. Judgment and order of the county court affirmed, with costs.

GERMAN–AMERICAN BANK OF ROCHESTER, Respondent, v. DORTHY et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March, 1899.) Action by the German-American Bank of Rochester against John F. Dorthy and others, impleaded with others. No opinion. Judgment affirmed, with costs. See 57 N. Y. Supp. 172.

GOLDBERG, Appellant, v. KRATZENSTEIN et al., Respondents. (Supreme Court, Appellate Term. June 28, 1899.) Action by George W. Goldberg against Herman Kratzenstein and others. From a judgment for defendants, plaintiff appeals. Affirmed. Emanuel Townsend Goldberg, for appellant. Abraham Gruber, for respondents.

LEVENTRITT, J. The parties to this action entered into a written agreement, by which the plaintiff was employed as defendants' salesman for the period of one year, ending April 2, 1899, at a commission of 5 per cent. on all sales effected by him. He was entitled to draw $30 weekly, which was to be charged against his commissions, and at the end of the year an accounting was to be had of his aggregate earnings and weekly drafts. This action was brought to recover a weekly installment which the defendants refused to pay. They justify their refusal on the ground that the plaintiff, having been permitted to draw more than $30 a week in the past, had agreed that the regular weekly payments should not be resumed until the excess had been extinguished. The fact of the excess was not questioned, but the plaintiff denied this subsequent agreement, and claimed that, under the conditions of the original contract, he was entitled to draw $30 weekly, irrespective of the total amount advanced to him. The issue between the parties was thus reduced to a simple one of fact. There is evidence sufficient to support the conclusion that the new agreement was made; and, as it is very clear that no injustice has been done in the disposition of the case, the judgment should not be disturbed. Judgment affirmed, with costs to the respondents. All concur.